**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**COLLARS DAVIS**                                                                  **PLAINTIFF**
**ADC #115586**

**VS.**                        **1:17CV00002-BRW**

**D. SESSIONS, In-house
Parole Officer, ADC;** *et al.*                            **DEFENDANTS**

**ORDER**

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 8) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, the Amended Complaint (Doc. No. 6) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of March, 2017.

                                                             /s/ Billy Roy Wilson
                                                             UNITED STATES DISTRICT JUDGE