# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**COLLARS DAVIS**                                                                                     **PLAINTIFF**
**ADC #115586**

**VS.**                                          **1:17CV00002-BRW**

**D. SESSIONS, In-house**
**Parole Officer, ADC;** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, this case is DISMISSED without prejudice. Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of March, 2017.

                                         /s/ Billy Roy Wilson
                                         UNITED STATES DISTRICT JUDGE